

(No. 2014–1402—Submitted April 7, 2016—Decided May 17, 2016.)

{¶ 1} In *State v. Marcum,* 146 Ohio St.3d 516, 2016-Ohio-1002, 59 N.E.3d 1231, we held that R.C. 2953.08(G)(2) allows an appellate court to increase, reduce, or otherwise modify a sentence only when it clearly and convincingly finds that the sentence is (1) contrary to law or (2) unsupported by the record. *Id.* at ¶ 7.

{¶ 2} The judgment of the court of appeals in the instant case is reversed, and the cause is remanded to the court of appeals for application of *Marcum.*

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Charles E. Coulson, Lake County Prosecuting Attorney, and Alana A. Rezaee, Assistant Prosecuting Attorney, for appellee.

Derek Cek, for appellant.

THE STATE OF OHIO, APPELLEE, *v.* BRANDENBURG, APPELLANT.

 2016-Ohio-2970.]

(Nos. 2015–1330 and 2015–1489—Submitted
April 7, 2016—Decided May 17, 2016.)

{¶ 1} In *State v. Marcum,* 146 Ohio St.3d 516, 2016-Ohio-1002, 59 N.E.3d 1231, we held that R.C. 2953.08(G)(2) allows an appellate court to increase, reduce, or otherwise modify a sentence only when it clearly and convincingly finds that the sentence is (1) contrary to law or (2) unsupported by the record. *Id.* at ¶ 7.

`{¶ 2} The judgment of the court of appeals in the instant case is reversed, and the cause is remanded to the court of appeals for application of *Marcum.*

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

---

Michael T. Gmoser, Butler County Prosecuting Attorney, and Lina N. Alkamhawi, Assistant Prosecuting Attorney, for appellee.

Charles M. Conliff, for appellant.

IN RE APPLICATION OF OHIO EDISON COMPANY, CLEVELAND ELECTRIC ILLUMINATING COMPANY, AND TOLEDO EDISON COMPANY FOR AUTHORITY TO PROVIDE A STANDARD SERVICE OFFER PURSUANT TO R.C. 4928.143 IN THE FORM OF AN ELECTRIC SECURITY PLAN; NORTHEAST OHIO PUBLIC ENERGY COUNCIL ET AL., APPELLANTS; PUBLIC UTILITIES COMMISSION ET AL., APPELLEES.

2016-Ohio-3021.]

(No. 2013–0513—Submitted January 6, 2016—Decided May 18, 2016.)

---

O'CONNOR, C.J.

{¶ 1} Appellants, Northeast Ohio Public Energy Council ("NOPEC") and the Environmental Law and Policy Center ("ELPC"), appeal the decision of the Public Utilities Commission of Ohio ("PUCO") approving an electric-security plan proposed by intervening appellees, the FirstEnergy Companies (Ohio Edison Company, Cleveland Electric Illuminating Company, and Toledo Edison Compa-